```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


EQUAL EMPLOYMENT OPPORTUNITY                    CIVIL ACTION
COMMISSION

VERSUS                                          NO: 05-0173

ADVANCE AUTO PARTS, INC.                        SECTION: "S" (5)
```

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that Defendant, Advance Auto Parts, Inc.'s Motion for Summary Judgment is **DENIED**. (Document #64).

Sarah Harris' cause of action for retaliatory discharge is properly before the court based on ancillary jurisdiction growing out of the administrative charges. <u>Gupta v. East Texas State University</u>, 654 F.2d 411 (5th Cir. 1981).

As to all other issues raised in Defendant's Motion for Summary Judgment, disputed issues of material fact make summary judgment inappropriate.

Plaintiff, Equal Employment Opportunity Commission's Motion for Partial Summary Judgment is **DENIED**. (Document #69). Disputed issues of material fact make summary judgment

inappropriate.

New Orleans, Louisiana, this __28th__ day of August, 2006.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE